## ORDER

PER CURIAM.

Joshua Turner ("Defendant") appeals from the judgment upon his convictions by a jury of one count of child molestation in the first degree, Section 566.067, RSMo 2000, and one count of statutory sodomy in the first degree, Section 566.062, RSMo 2000, for which Defendant was sentenced, respectively, to consecutive sentences of ten years' imprisonment and twenty-five years' imprisonment. On appeal, Defendant asserts the trial court plainly erred in failing to declare a mistrial *sua sponte* during the State's closing argument.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and re-stating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).

Jo Ann Rotermund, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and NANNETTE A. BAKER, J.

## ORDER

PER CURIAM.

James Edward Sanders ("defendant") appeals the judgment on his conviction of two counts of possession of a controlled substance. Defendant claims there was insufficient evidence to support his conviction.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**James Edward SANDERS, Appellant.**

**No. ED 92004.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 2009.

■

**Thomas M. JONES, Jr.,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 92606.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 20, 2009.